ALVIN J. BALDWIN, APPELLANT, v. BOARD OF ADJUSTMENT OF THE CITY OF EAST ORANGE ET AL., RESPONDENTS.

Argued May 22, 1929—Decided October 14, 1929.

For the appellant, *Whiting & Moore.*

For the respondents, *Walter C. Ellis.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, KALISCH, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   13.

*For reversal*—None.

ANNA K. BARNEY, RESPONDENT, v. HUDSON AND MANHATTAN RAILROAD COMPANY, APPELLANT.

Submitted May 31, 1929—Decided February 3, 1930.

For the respondent, *Jacob Feinberg* and *David Berman.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, CAMPBELL, CASE, BODINE, VAN BUSKIRK, MC-GLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.

KATHERINE BARNEY, RESPONDENT, v. HUDSON AND MANHATTAN RAILROAD COMPANY, APPELLANT.

Submitted May 31, 1929—Decided February 3, 1930.

For the respondent, *Jacob Feinberg* and *David Berman*.

For the appellant, *Collins & Corbin*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, CAMPBELL, CASE, BODINE, VAN BUSKIRK, MC-GLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.